Carlos A. **ALFORD**, Plaintiff–Appellant,

v.

Ray **MABUS**, Secretary of the Navy; W. Dean Pheiffer, Board of Corrections Chairman; Miriam Weathersby, Head Records Sections, Defendants–Appellees.

No. 14–1047.

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2014.

Decided: June 9, 2014.

Carlos A. Alford, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Denise Walker, Office of the United States Attorney, Raleigh, North Carolina, for Appellees.

Before SHEDD, DIAZ, and FLOYD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos A. Alford seeks to appeal the district court's order remanding this case to the Board for Correction of Naval Records. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Alford seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*